**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mateo Rodriguez-Pardo, | No. CV 26-02835 PHX SMB (CDB) |
| Petitioner, | **ORDER** |
| v. | |
| Luis Rosa, Jr., et al., | |
| Respondents. | |

**IT IS ORDERED that** the order to show cause at ECF No. 5 is **deemed satisfied**.

Dated this 1st day of June, 2026.

Camille D. Bibles
United States Magistrate Judge