**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Mateo Rodriguez-Pardo,

Petitioner,

v.

Luis Rosa, Jr., Warden of Florence Processing Center, et al.,

Respondent.

No. CV-26-02835-PHX-SMB(CDB)

**ORDER**

United States Magistrate Judge Camille D. Bibles has issued a report and recommendations ("R&R") (Doc. 24) recommending that petition at ECF No. 1 and the pending motions all be denied as moot. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 4) (citing Rule 72, Federal Rules of Civil Procedure) No objection has been filed, which relieves the Court of its obligation to review the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); Thomas v. Arn, 474 U.S. 140, 149 (1985); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Nevertheless, the Court has reviewed the pleadings and agrees with the analysis of Magistrate Camille D. Bibles. The Court will accept and adopt the R&R.

**IT IS THEREFORE ORDERED** that Report and Recommendation of the Magistrate Judge Bibles (Doc. 24) is accepted.

**IT IS FURTHER ORDERED** denying the Petition and all pending motions as moot.

…

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this case.

Dated this 4th day of September, 2026.

Honorable Susan M. Brnovich
United States District Judge